1 | SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
2 | LINDA L. NUSSER (SBN: 132154)
lnusser@grsm.com
3 | GORDON REES SCULLY MANSUKHANI, LLP
Embarcadero Center West
4 | 275 Battery Street, Suite 2000
San Francisco, CA 94111
5 | Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HERNANDEZ, | Case No. 3:18-cv-06988-MMC |
| Plaintiff, | **[~~PROPOSED~~] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

On March 27, 2019, Plaintiff LAURA HERNANDEZ along with Defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Ruled of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and party shall bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 28_____, 2019   _____
~~HON. MAXIME M. CHESNEY~~
~~UNITED STATES DISTRICT COURT~~
HON. MAXINE M. CHESNEY

-1-
**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**